IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01304-ZLW

CHARLES RONALD COOPER,

   Applicant,

v.

GARY GOLDER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   This matter is before the Court on the motion titled "Motion to Prepare a Pro Se Record Pursuant to 10th Cir. Rule 10.2(c) And 11.2" submitted by Applicant Charles Ronald Cooper and filed with the Court on November 10, 2005. The motion is DENIED as unnecessary.

Dated: November 18, 2005

Copies of this Minute Order mailed on November 18, 2005, to the following:

Charles Ronald Cooper
Prisoner No. 80587
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk